IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERICA KINSMAN,

       Plaintiff,

v.                                      CASE NO. 4:15cv235-RH/CAS

THE FLORIDA STATE UNIVERSITY
BOARD OF TRUSTEES,

       Defendant.

_____/

## ORDER OF DISQUALIFICATION

    I disqualify myself from handling this case.

    SO ORDERED on May 4, 2015.

                                          s/Robert L. Hinkle
                                          United States District Judge