## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

ERICA KINSMAN,

      Plaintiff,

v.                              Case No. 4:15cv235-MW/CAS

FLORIDA STATE UNIVERSITY
BOARD OF TRUSTEES,

      Defendant.

_____/

## ORDER DENYING STAY OF DISCOVERY AND RELATED DEADLINES

Defendant Florida State University Board of Trustees moved to transfer venue from the United States District Court for the Middle District of Florida, ECF No. 23, to dismiss the complaint for failure to state a claim, ECF No. 35, and to stay discovery and related deadlines pending the resolution of the other two motions, ECF No. 41. The Middle District transferred the action to this Court. ECF No. 50. The motions to dismiss and stay remain pending.

This order denies the motion to stay discovery and related deadlines. As Plaintiff points out, the Middle District's discovery handbook explains that "the pendency of a motion to dismiss . . . will not justify a unilateral motion to stay discovery pending resolution of the dispositive motion" absent "a specific showing

of prejudice or undue burden." *See* ECF No. 48 at 3 (quoting Middle District Discovery (2001) at § I.E.4). That rule is consistent with a district court's recognized discretion in these matters. It is also consistent with this Court's standard initial scheduling order. *See* ECF No. 54 ¶¶1-2. The Defendant has shown no unusual circumstances justifying a stay of discovery and related deadlines.

Accordingly,

**IT IS ORDERED**:

Defendant's motion to stay discovery and related deadlines, ECF No. 41, is **DENIED**.

**SO ORDERED on May 8, 2015.**

**s/Mark E. Walker** \
**United States District Judge**