IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERICA KINSMAN,

    Plaintiff,

vs.                                   CASE NO.: 4:15-cv-00235-MW-CAS

THE FLORIDA STATE UNIVERSITY
BOARD OF TRUSTEES,

    Defendant.
_____/

## MOTION FOR PROTECTIVE ORDER

COMES NOW the City of Tallahassee/City of Tallahassee Police Department (the City), by and through its undersigned counsel, and pursuant to Rule 26(c), Federal Rules of Civil Procedure, files this motion for a protective order and, as support, states:

1.    The City is not a party to this case.

2.    On December 7, 2012 the Tallassee Police Department received a report from a female alleging that she had been sexually battered. After an investigation was completed it was determined that probable cause for an arrest did not exist. The investigation was documented under Tallahassee Police Department case number 00-12-032758.

3. On May 27, 2015 the Tallahassee Police Department received a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action. The subpoena was issued, or requested, on behalf of the attorney representing the Defendant.

4. The records requested by the Defendant on the subpoena were as follows:

    a. The unredated TPD case file for TPD Case No. 00-12-032758.

    b. An unredacted copy of all videos of witness interviews related to TPD Case No. 00-12-032758.

    c. An unredacted copy of the Cellebrite Report related to TPD Case No. 00-12-032758.

5. The City is in possession of the requested items.

6. The City is seeking a protective order prohibiting the Defendant from obtaining the requested items without a Court Order as the requested items are protected from disclosure under Florida law.

7. The unredacted case file for TPD Case No. 00-12-032758, to include copies of victim and witness interviews, contains information which may reveal the identity of a person who is the victim of any sexual offense. This information is protected from disclosure by F.S. 119.071(2)(h).

8. The unredacted case file contains photographs, video tape, or images of any part of the body of the victim of a sexual offense and is protected from disclosure by F.S. 119.071(2)(h).

9. The undredacted case file contains a social security number for the alleged victim which is protected from disclosure by F.S. 119.071(5)(a).

10. The unredacted case file contains medical information for the alleged victim which is protected from disclosure by F.S. 319.3025.

11. The unredacted cellbrite report contains information which may reveal the identity of a person who is the victim of any sexual offense. This information is protected from disclosure by F.S. 119.071(2)(h).

12. The City has been in contact with the Defendant's counsel who believes that a subpoena issued by the clerk is sufficient to overcome the statutory protections. The Defendant's counsel has been notified of the City's belief that a Court Order is necessary to release the protected information. The Defendant has declined to attempt to obtain a court order.

## **CONCLUSION**

The City is in possession of the requested items. As the items are protected from disclosure by Florida Law the City believes a court order is necessary for the protected material to be disclosed to the Defendant. The City maintains a redacted copy of the case file and the cellbrite report. The City also

maintains an unredacted copy of the information. Should the Court determine that the City provide either copy the City is ready and willing to comply.

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(B), Chris Papy, counsel for the City certifies that he has conferred with Defendant's counsel, but they have been unable to resolve their differences.

WHEREFORE, for the foregoing reasons, the City respectfully requests this Court to issue a protective order pursuant to Rule 26(c), Federal Rules of Civil Procedure, preventing the Defendant from obtaining the unredacted files requested, or to Order the City to provide the requested records.

*s/ Chris Papy*
CHRIS PAPY
Assistant City Attorney
FBN: 26732
City Attorney's Office
300 South Adams Street, Box A-5
Tallahassee, FL 32301
(850) 891-8554
Fax: (850) 891-8973
chris.papy@talgov.com
ATTORNEY FOR THE CITY
OF TALLAHASSEE AND POLICE CHIEF
MICHAEL DELEO

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all counsel of record by CM/ECF this 10th day June, 2015.

*s/ Chris Papy*
CHRIS PAPY