UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ERICA KINSMAN,

    Plaintiff,

v.

THE FLORIDA STATE UNIVERSITY BOARD OF TRUSTEES,

    Defendant.

CASE NO. 4:15-cv-235-MW-CAS

## JOINT NOTICE OF SETTLEMENT

Pursuant to Rule 16.2(A)(1), Local Rules of the United States District Court for the Northern District of Florida, Plaintiff Erica Kinsman and Defendant The Florida State University Board of Trustees, hereby give notice to the Court that the parties have reached a complete settlement of this action that will be consummated on or before February 12, 2016.  Pursuant to the parties' agreement, the parties will file a Joint Notice and Stipulation of Voluntary Dismissal with Prejudice within one (1) business day of consummation of the settlement.

| | |
|---|---|
| /s/ David B. King | /s/ Scott S. Cairns |
| David B. King | Scott S. Cairns |
| Florida Bar No.: 0093426 | Florida Bar No.: 0037729 |
| Thomas A. Zehnder | Carlos Muñiz |
| Florida Bar No.: 0063274 | Florida Bar No.: 0535001 |
| Taylor F. Ford | Melissa W. Nelson |

| | |
|---|---|
| Florida Bar No.: 0041008<br>KING, BLACKWELL,<br>ZEHNDER & WERMUTH, P.A.<br>P.O. Box 1631<br>Orlando, FL 32802-1631<br>Telephone: (407) 422-2472<br>Facsimile: (407) 648-0161<br>dking@kbzwlaw.com<br>tzehnder@kbzwlaw.com<br>tford@kbzwlaw.com | Florida Bar No.: 0132853<br>MCGUIREWOODS LLP<br>50 N. Laura Street<br>Suite 3300<br>Jacksonville, FL 32202<br>Telephone: (904) 798-3200<br>Facsimile: (904) 798-3207<br>scairns@mcguirewoods.com<br>cmuñiz@mcguirewoods.com<br>mnelson@mcguirewoods.com |
| Baine Kerr (Colorado Bar No.: 9797)<br>John Clune (Colorado Bar No.: 27684)<br>Lauren Groth (Colorado Bar No.: 47413)<br>HUTCHINSON BLACK AND COOK, LLC<br>921 Walnut Street, Suite 200<br>Boulder, CO 80302<br>Telephone: (303) 442-6514<br>Facsimile: (303) 442-6593<br>kerr@hbcboulder.com<br>clune@hbcboulder.com<br>groth@hbcboulder.com | *Counsel for Defendant*<br>*The Florida State University*<br>*Board of Trustees* |

*Counsel for Plaintiff*
*Erica Kinsman*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 25, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                   /s/ David B. King
                                                   David B. King
                                                   Florida Bar No.: 0093426

                                                 *Counsel for Plaintiff*